FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 13, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACQUELINE A. ROSS, a single woman, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO BANK, N.A., a national association; SAMUEL R. PEACEMAKER and LAURA P. PEACEMAKER, <br><br> Defendants. | NO: 2:24-CV-0142-TOR <br><br> ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation for Dismissal with Prejudice. ECF No. 14. The parties agree that Plaintiff's Complaint should be dismissed with prejudice and that the Parties shall bear their own attorneys' fees and costs. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Dismissal with Prejudice, ECF No. 14, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and each Party shall bear their own attorneys' fees and costs.

3. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED December 13, 2024.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2